UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM EUGENE FIELDS,<br><br>                Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY OF THE STATE OF WASHINGTON,<br><br>                Defendant. | CASE NO. 3:22-cv-05643-RAJ-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     The case is dismissed with prejudice.

(3)     The Clerk is directed to send copies of this Order to the parties.

Dated this 17th day of October, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1